KWB   951813              240        00000172185

# Earnings  Statement

**ADP**

*FIRST  WATCH  RESTAURANTS*
*8725 PENDERY  PLACE  STE 201*
*BRADENTON,   FL 34201*
*941-907-9800*

| | |
|---|---|
| Period Beginning: | 03/30/2026 |
| Period Ending: | 04/12/2026 |
| Pay Date: | 04/17/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**JOSEPH  MURPHY**
**3106  BEDFORD  RD**
**BEDFORD  TX  76021**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Bonus | | | 778.86 | 1,954.62 |
| Regular | | | | 21,892.65 |
| Overtime | | | | 531.34 |
| Ee  Referral | | | | 1,000.00 |
| **Gross  Pay** | | | **$778.86** | 25,378.61 |

| Other Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Ee Referral | | 1,000.00 |

**Important  Notes**

THE  PSC#  FOR  FIRST  WATCH  RESTAURANTS   IS TOLL FREE:1-800-891-0646

BASIS  OF PAY: SALARY

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal  Income  Tax | -171 .35 | 1,449.90 | |
| | Social  Security  Tax | -48 .29 | 1,369.11 | |
| | Medicare  Tax | -11 .29 | 320.19 | |
| | **Other** | | | |
| | Dental | | 290.48 | |
| | Med1 | | 2,960.16 | |
| | Vision | | 45.60 | |
| | Vol  Life | | 127.36 | |
| | **Net Pay** | **$547.93** | | |
| | Checking  1 | -547 .93 | 18,815.81 | |
| | **Net  Check** | **$0.00** | | |

**Additional  Tax  Withholding  Information**

Exemptions/Allowances:
  TX:           No State Income  Tax

Your  federal  taxable  wages  this  period  are  $778.86

© 2000  ADP,  Inc.

FIRST  WATCH  RESTAURANTS
8725 PENDERY  PLACE  STE 201
BRADENTON , FL 34201
941-907-9800

| | |
|---|---|
| **Advice number:** | **00000172185** |
| Pay  date: | 04/17/2026 |



Deposited  to  the  account  of
**JOSEPH  MURPHY**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxx1572 | xxxx  xxxx | $547.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

KWB   951813              240        00000151443

# Earnings Statement

**ADP**

*FIRST WATCH RESTAURANTS*
*8725 PENDERY PLACE STE 201*
*BRADENTON, FL 34201*
*941-907-9800*

| | |
|---|---|
| Period Beginning: | 03/16/2026 |
| Period Ending: | 03/29/2026 |
| Pay Date: | 04/03/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**JOSEPH MURPHY**
**3106 BEDFORD RD**
**BEDFORD TX 76021**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Ee Referral | | | 1,000.00 | 1,000.00 |
| Regular | | | | 16,315.73 |
| Overtime | | | | 531.34 |
| Bonus | | | | 1,175.76 |
| **Gross Pay** | | | **$1,000.00** | 19,022.83 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -220.00 | 1,082.07 |
| | Social Security Tax | -62.00 | 1,026.14 |
| | Medicare Tax | -14.50 | 239.98 |
| | **Other** | | |
| | Dental | | 217.86 |
| | Med1 | | 2,220.12 |
| | Vision | | 34.20 |
| | Vol Life | | 95.52 |
| | **Net Pay** | **$703.50** | |
| | Checking 1 | -703.50 | 14,106.94 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Referral | | 1,000.00 |

**Important Notes**

THE PSC# FOR FIRST WATCH RESTAURANTS IS TOLL FREE:1-800-891-0646

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Exemptions/Allowances:
  TX:            No State Income Tax

Your federal taxable wages this period are
$1,000.00

© 2000 ADP, Inc.

FIRST WATCH RESTAURANTS
8725 PENDERY PLACE STE 201
BRADENTON, FL 34201
941-907-9800

| | |
|---|---|
| **Advice number:** | **00000151443** |
| Pay date: | 04/03/2026 |

**Deposited to the account of**

| | account number | transit ABA | amount |
|---|---|---|---|
| **JOSEPH MURPHY** | xxxxx1572 | xxxx xxxx | $703.50 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**®

FIRST WATCH RESTAURANTS
8725 PENDERY PLACE STE 201
BRADENTON, FL 34201
941-907-9800

| | |
|---|---|
| Period Beginning: | 03/02/2026 |
| Period Ending: | 03/15/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**JOSEPH MURPHY
3106 BEDFORD RD
BEDFORD TX 76021**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2788.46 | 80.00 | 2,788.46 | 16,315.73 |
| Overtime | | | | 531.34 |
| Bonus | | | | 448.09 |
| **Gross Pay** | | | **$2,788.46** | 17,295.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.24 | 701.98 |
| | Social Security Tax | -147.33 | 919.02 |
| | Medicare Tax | -34.46 | 214.93 |
| | **Other** | | |
| | Dental | -36.31* | 217.86 |
| | Med1 | -370.02* | 2,220.12 |
| | Vision | -5.70* | 34.20 |
| | Vol Life | -15.92 | 95.52 |
| | **Net Pay** | **$2,080.48** | |
| | Checking 1 | -2,080.48 | 12,891.53 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| PTO BALANCE | 30.80 | |
| Totl Hrs Worked | 80.00 | |

### Important Notes
THE PSC# FOR FIRST WATCH RESTAURANTS IS TOLL FREE:1-800-891-0646

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Exemptions/Allowances:
  TX:          No State Income Tax

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $2,376.43

© 2000 ADP, Inc.

FIRST WATCH RESTAURANTS
8725 PENDERY PLACE STE 201
BRADENTON, FL 34201
941-907-9800

| **Advice number:** | **00000131371** |
|---|---|
| Pay date: | 03/20/2026 |

**Deposited to the account of**
**JOSEPH MURPHY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1572 | xxxx xxxx | $2,080.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

KWB   951813           240        0000013872

# Earnings Statement

**ADP**®

FIRST  WATCH  RESTAURANTS
8725  PENDERY  PLACE  STE  201
BRADENTON,  FL  34201
941-907-9800

| | |
|---|---|
| Period Beginning: | 03/02/2026 |
| Period Ending: | 03/15/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**JOSEPH  MURPHY
3106  BEDFORD  RD
BEDFORD  TX  76021**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Bonus | | | 727.67 | 1,175.76 |
| Regular | | | | 16,315.73 |
| Overtime | | | | 531.34 |
| **Gross  Pay** | | | **$727.67** | 18,022.83 |

**Important Notes**

THE PSC# FOR FIRST  WATCH  RESTAURANTS   IS TOLL
FREE:1-800-891-0646

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -160 .09 | 862.07 |
| | Social Security Tax | -45 .12 | 964.14 |
| | Medicare  Tax | -10 .55 | 225.48 |
| | **Other** | | |
| | Dental | | 217.86 |
| | Med1 | | 2,220.12 |
| | Vision | | 34.20 |
| | Vol  Life | | 95.52 |
| | **Net Pay** | **$511.91** | |
| | Checking  1 | -511 .91 | 13,403.44 |
| | **Net  Check** | **$0.00** | |

**Additional  Tax  Withholding  Information**

Exemptions/Allowances:
  TX:           No State Income  Tax

Your  federal  taxable  wages  this  period  are  $727.67

© 2000 ADP, Inc.

FIRST  WATCH  RESTAURANTS
8725  PENDERY  PLACE  STE  201
BRADENTON ,  FL  34201
941-907-9800

| | |
|---|---|
| **Advice number:** | **00000131372** |
| Pay  date: | 03/20/2026 |



| Deposited   to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **JOSEPH   MURPHY** | xxxxx1572 | xxxx  xxxx | $511.91 |

**NON-NEGOTIABLE**

KWB   951813          240       0000110835

**Earnings  Statement**

ADP®

FIRST  WATCH  RESTAURANTS
8725 PENDERY  PLACE  STE 201
BRADENTON,  FL 34201
941-907-9800

| | |
|---|---|
| Period Beginning: | 02/16/2026 |
| Period Ending: | 03/01/2026 |
| Pay Date: | 03/06/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**JOSEPH  MURPHY**
**3106  BEDFORD  RD**
**BEDFORD  TX  76021**

| Earnings | rate | salary/hours | this  period | year  to date |
|---|---|---|---|---|
| Regular | 2788.46 | 80.00 | 2,788.46 | 13,527.27 |
| Overtime | | | | 531.34 |
| Bonus | | | | 448.09 |
| **Gross  Pay** | | | **$2,788.46** | 14,506.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.24 | 603.74 |
| | Social Security Tax | -147.34 | 771.69 |
| | Medicare  Tax | -34.45 | 180.47 |
| | **Other** | | |
| | Dental | -36.31* | 181.55 |
| | Med1 | -370.02* | 1,850.10 |
| | Vision | -5.70* | 28.50 |
| | Vol Life | -15.92 | 79.60 |
| | **Net Pay** | **$2,080.48** | |
| | Checking 1 | -2,080.48 | 10,811.05 |
| | **Net Check** | **$0.00** | |

| Other Benefits  and Information | this  period | total  to date |
|---|---|---|
| PTO BALANCE | 27.72 | |
| Totl Hrs  Worked | 80.00 | |

**Important  Notes**
THE PSC# FOR FIRST  WATCH  RESTAURANTS  IS TOLL
FREE:1-800-891-0646

BASIS  OF PAY: SALARY

**Additional  Tax Withholding  Information**
  Exemptions/Allowances:
    TX:              No State Income  Tax

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,376.43

© 2000  ADP,  Inc.

FIRST  WATCH  RESTAURANTS
8725 PENDERY  PLACE  STE 201
BRADENTON, FL 34201
941-907-9800

| | |
|---|---|
| **Advice number:** | **00000110835** |
| Pay date: | 03/06/2026 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **JOSEPH  MURPHY** | xxxxx1572 | xxxx  xxxx | $2,080.48 |